**Bar No#: 04382170**

**FORM B1**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First Middle): | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| **Karst, Joseph P.** | **Karst, Priscilla J.** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| | **fdba Karst Construction Services, Inc.** |

| Social Security/Tax Identification No. (if more than one, state all): | Social Security/Tax Identification No. (if more than one, state all): |
|---|---|
| **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** | **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** |

| Street Address of Debtor (No. and Street, City, State and Zip Code): | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
|---|---|
| **5906 Purgatory Road** **San Marcos, TX 78666** | **5906 Purgatory Road** **San Marcos, TX 78666** |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Hays** | **Hays** |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **5906 Purgatory Road** **San Marcos, TX 78666** | **5906 Purgatory Road** **San Marcos, TX 78666** |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**    (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)      ☐ Railroad | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13 |
| ☐ Corporation      ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership      ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business      ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**      (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | | | | | | | |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Joseph P. Karst**
**Priscilla J. Karst**

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Joseph P. Karst
Joseph P. Karst

**X** /s/ Priscilla J. Karst
Priscilla J. Karst

Telephone Number (If not represented by an attorney)
**09/06/2002**
Date

### Signature of Attorney

**X** /s/ Fay Cliett Gillham
Fay Cliett Gillham          Bar No. **04382170**
**Law Offices of Fay Cliett Gillham**
**118 North LBJ**
**San Marcos, Texas 78666**

Phone No.**(512) 392-3300**     Fax No.**(512) 392-3334**
09/06/2002
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Printed Name of Authorized Individual

Title of Authorized Individual
**09/06/2002**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ Fay Cliett Gillham                          09/06/2002
Fay Cliett Gillham                              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☐  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Joseph P. Karst,   Debtor**                         CASE NO

**Priscilla J. Karst,   Joint Debtor**                 CHAPTER   **7**

## <u>SCHEDULE A (REAL PROPERTY)</u>

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1/32 undivided share in estate<br>Priscilla Karst owns 1/32 undivided share in grandmother's farm property, or: 18.37 acres of 245 total acres on farm no. 1; 9.77 acres of 97 total acres on farm no. 2. | inheritance | C | Unknown | $0.00 |
| | | | $0.00 | $0.00 |

IN RE:   **Joseph P. Karst**                                CASE NO
         **Priscilla J. Karst**

                                                            CHAPTER   **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | C | **$50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | San Antonio Federal Credit Union P.O. Box 1356 San Antonio, TX 78295-1356 Account: 314088285   0017262726 | C | **$1,950.00** |
| | | Internal Revenue Service uncashed check for refund on 2001 taxes | C | **$2,300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 2 sofas, 1 love seat, 3 side chairs, 2 coffee tables, 3 end tables, cd player, color tv, stereo, stereo cabinet, 11 lamps, computer vcr, desk, stove refrigerator kitchen appliances, pots and pans, kitchenware, various crystal pieces, buffet, tea cart, 4 silver pieces, 5 beds, 4 dressers, 3 chests, 5 night stands, 4 clocks, 2 chairs, towels and linens, washer, dryer, freezer, electric tools, lawn mower, tool box | C | **$3,763.00** |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Victrola - 300.00; 2 wall/mantel clocks - 300.00; various pictures - 100.00 | C | **$700.00** |
| 6. Wearing apparel. | | Casual and business attire for two | C | **$500.00** |
| 7. Furs and jewelry. | | 1 watch, 2 wedding rings, 2 rings, costume jewelry | C | **$235.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | .38 Special | C | **$75.00** |
| | | 2 tennis racquets, 2 baseball gloves, treadmill, nordic track | C | **$65.00** |
| | | | Total  > | **$9,638.00** |

IN RE:  **Joseph P. Karst**

**Priscilla J. Karst**

CASE NO

CHAPTER  **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Monumental Life, 002008867 - 127,000.00 - Priscilla<br>Monumental Life, 002053360 - 52,000.00 - Priscilla<br>Security Benefit, 55877370 - 41,000.00 - Priscilla<br>Security Benefit, 56542340 - 32,000.00 - Priscilla<br>Monumental Life, 002053359 - 138,000 - Joseph<br>Monumental Life, 002008866 - 144,000 - Joseph<br>Security Benefit, 55877050 - 56,000 - Joseph | C | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Total  >   **$9,638.00**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Joseph P. Karst**

     **Priscilla J. Karst**

CASE NO

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | Expected final distribution from Estate of Esther Askern, deceased, payable at rate of $1000.00 per month | C | $10,000.00 |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Jeep Rangler 1998 | C | $10,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computer - Hewlett Packard | C | $150.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Total  >  **$29,788.00**

IN RE:   **Joseph P. Karst**                                    CASE NO

**Priscilla J. Karst**                                    CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | | 4 dogs and one cat - domestic pets | C | $0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | **Total  >** | **$29,788.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Joseph P. Karst**

**Priscilla J. Karst**

CASE NO

CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

þ  11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

¨  11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | 11 U.S.C. Sec. 522(d)(5) | $50.00 | $50.00 |
| San Antonio Federal Credit Union P.O. Box 1356 San Antonio, TX  78295-1356 Account: 314088285    0017262726 | 11 U.S.C. Sec. 522(d)(5) | $1,950.00 | $1,950.00 |
| Internal Revenue Service uncashed check for refund on 2001 taxes | 11 U.S.C. Sec. 522(d)(5) | $2,300.00 | $2,300.00 |
| 2 sofas, 1 love seat, 3 side chairs, 2 coffee tables, 3 end tables, cd player, color tv, stereo, stereo cabinet, 11 lamps, computer vcr, desk, stove refrigerator kitchen appliances, pots and pans, kitchenware, various crystal pieces, buffet, tea cart, 4 silver pieces, 5 beds, 4 dressers, 3 chests, 5 night stands, 4 clocks, 2 chairs, towels and linens, washer, dryer, freezer, electric tools, lawn mower, tool box | 11 U.S.C. Sec. 522(d)(3) 11 U.S.C. Sec. 522(d)(5) | $3,763.00 $0.00 | $3,763.00 |
| Victrola - 300.00; 2 wall/mantel clocks - 300.00; various pictures - 100.00 | 11 U.S.C. Sec. 522(d)(3) 11 U.S.C. Sec. 522(d)(5) | $700.00 $0.00 | $700.00 |
| Casual and business attire for two | 11 U.S.C. Sec. 522(d)(3) | $500.00 | $500.00 |
| 1 watch, 2 wedding rings, 2 rings, costume jewelry | 11 U.S.C. Sec. 522(d)(4) | $235.00 | $235.00 |
| .38 Special | 11 U.S.C. Sec. 522(d)(5) | $75.00 | $75.00 |
|  |  | **$9,638.00** | **$9,638.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Joseph P. Karst**

  **Priscilla J. Karst**

CASE NO

CHAPTER  **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2 tennis racquets, 2 baseball gloves, treadmill, nordic track | 11 U.S.C. Sec. 522(d)(3) | $65.00 | $65.00 |
| Monumental Life, 002008867 - 127,000.00 - Priscilla<br>Monumental Life, 002053360 - 52,000.00 - Priscilla<br>Security Benefit, 55877370 - 41,000.00 - Priscilla<br>Security Benefit, 56542340 - 32,000.00 - Priscilla<br><br>Monumental Life, 002053359 - 138,000 - Joseph<br>Monumental Life, 002008866 - 144,000 - Joseph<br>Security Benefit,  55877050 - 56,000 - Joseph | 11 U.S.C. Sec. 522(d)(8) | $0.00 | $0.00 |
| Expected final distribution from Estate of Esther Askern, deceased, payable at rate of $1000.00 per month | 11 U.S.C. Sec. 522(d)(5) | $7,700.00 | $10,000.00 |
| Jeep Rangler 1998 | 11 U.S.C. Sec. 522(d)(2)<br>11 U.S.C. Sec. 522(d)(5) | $2,775.00<br>$7,225.00 | $10,000.00 |
| Computer - Hewlett Packard | 11 U.S.C. Sec. 522(d)(3) | $150.00 | $150.00 |
| 4 dogs and one cat - domestic pets | 11 U.S.C. Sec. 522(d)(3)<br>11 U.S.C. Sec. 522(d)(5) | $0.00<br>$0.00 | $0.00 |
| | | **$27,488.00** | **$29,788.00** |

IN RE:  **Joseph P. Karst**

_____

Debtor

**Priscilla J. Karst**

_____

Joint Debtor

CASE NO _____

(If Known)

CHAPTER  **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

ꝑ   Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br><br>COLLATERAL VALUE: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br><br>COLLATERAL VALUE: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br><br>COLLATERAL VALUE: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br><br>COLLATERAL VALUE: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br><br>REMARKS:<br><br><br>COLLATERAL VALUE: | | | | | |

_____  **No**  _____ continuation sheets attached

| | | |
|---|---|---|
| **Total for this Page (Subtotal) >** | $0.00 | $0.00 |
| **Running Total >** | $0.00 | $0.00 |

IN RE:   **Joseph P. Karst**                                    CASE NO
        **Priscilla J. Karst**
                                                 CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

¨   Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

¨   **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

¨   **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,650* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

¨   **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

¨   **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

¨   **Deposits by individuals**
*Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

¨   **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

þ   **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

¨   **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

¨   **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.  The amounts shown above were effective beginning April 1, 2001.*

_____**1**_____continuation sheets attached

IN RE: **Joseph P. Karst**
_____
Debtor

**Priscilla J. Karst**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:**041553**<br>**Franklin County Collector of Taxes**<br>**300 E. Main At. Room 103**<br>**Union, Missouri 63084** | | C | DATE INCURRED: **2001**<br>CONSIDERATION:<br>**Personal Property Taxes in Missouri**<br>REMARKS:<br>**Personal Property Taxes on 1993**<br>**Chevrolet Corvette**<br>**and a 1996 Ford Bronco** | | | | $631.45 | $631.45 |
| ACCT #:**43-1751967**<br>**Internal Revenue Service**<br>**3636 South Geyer Rd., Ste 300**<br>**St. Louis, MO 63127** | | C | DATE INCURRED: **1997-2001**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS: | X | | | $103,721.97 | $81,129.78 |
| ACCT #:**16159241**<br>**Missouri Department of Revenue**<br>**P.O. Box 3330**<br>**Jefferson City, MO 65105-3330** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**State Taxes**<br>REMARKS: | X | | X | $12,916.32 | $12,916.32 |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | | |

| | | |
|---|---|---|
| Total for this Page (Subtotal) > | $117,269.74 | $94,677.55 |
| Running Total > | $117,269.74 | $94,677.55 |

IN RE: **Joseph P. Karst**
_____
Debtor

**Priscilla J. Karst**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

¨  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4763234001419/4763234001112/20596-07118**<br>**Ameren UE**<br>**P.O. Box 66529**<br>**Saint Louis, MO 63166-6529** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS:<br>**4763234001419 - 74.27**<br>**4763234001112 - 89.26**<br>**20596-07118 - 63.83** | | | | $227.36 |
| ACCT #: **26068590**<br>**AOL**<br>**P.O. Box 29593**<br>**New York, NY 10087-9593** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $76.70 |
| ACCT #: **3753767036**<br>**AT&T**<br>**P.O.d Box 22111**<br>**Oklahoma City, OK 74121-2111** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $153.31 |
| ACCT #: **5178052197160357**<br>**Capital One Services**<br>**P.O. Box 60000**<br>**Seattle, WA 98190-6000** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $59.00 |
| ACCT #: **4388641720466450**<br>**Capital One Services**<br>**P.O. Box 60000**<br>**Seattle, WA 98190-6000** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $418.49 |
| ACCT #:<br>**Carpenter's District Council**<br>**1401 Hampton Avenue**<br>**St. Louis MO 63139-3199** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Union Benefits**<br>REMARKS: | | | | $5,314.60 |
| ACCT #: **431626621**<br>**Famous-Barr**<br>**P.O. Box 52015**<br>**Phoenix, AZ 85072-2015** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $459.20 |

_____**4**_____ continuation sheets attached

Total for this Page (Subtotal) >   $6,708.66

Running Total >   $6,708.66

IN RE: **Joseph P. Karst**

_____
Debtor

**Priscilla J. Karst**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 1_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **2052182113**<br>**Ferrellgas-2113**<br>**P.O. Box 173808**<br>**Denver, CO  80217-3808** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $438.29 |
| ACCT #: **115911**<br>**Fidelity Communications**<br>**P.O. Box 669**<br>**Sullivan, MO  63080** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $838.65 |
| ACCT #:<br>**First National City Mortgage**<br>**Dept 0107**<br>**Palatine, IL  60055-0107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Any deficiency from sale of house**<br>REMARKS:<br>**Home foreclosed in March 2002**<br>**Address: 2855  Diederich Rd., Berger, Missouri** | | | | Unknown |
| ACCT #: **5417122414217982**<br>**First USA**<br>**P.O. Box 94014**<br>**Palatine, IL  60094-4014** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,045.21 |
| ACCT #: **E1A10851TF**<br>**Ford Motor Credit**<br>**P.O. Box 219686**<br>**Kanas City, MO  64121-9686** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency after sale..vehicle surrendered**<br>REMARKS: | | | | Unknown |
| ACCT #: **E1A35268RH**<br>**Ford Motor Credit**<br>**P.O. Box 219686**<br>**Kansas City, MO  64121-9686** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency after sale..vehicle surrendered**<br>REMARKS: | | | | Unknown |
| ACCT #: **16159241**<br>**GC Services**<br>**P.O. Box 898**<br>**Jefferson City, MO  65105-0898** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Missouri Dept of Revenue**<br>REMARKS:<br>**Creditor listed under Priority Claims** | | | | $0.00 |

Total for this Page (Subtotal) > **$10,322.15**

Running Total > **$17,030.81**

IN RE: **Joseph P. Karst**

_____
Debtor

**Priscilla J. Karst**

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 2_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hoffman Bricker & Adams, P.C.**<br>**16120 Chesterfield Parkway West**<br>**Suite 135**<br>**Chesterfield, MO  63017** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Fees**<br>REMARKS: | | | | $1,246.25 |
| ACCT #:  380002311<br>**Homecoming Financial**<br>**P.O. Box 890036**<br>**Dallas, TX  75389** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**second mortgage on home**<br>REMARKS:<br>**2855 Diederich Road, Berger, Missouri -**<br>**foreclosure in March 2002** | | | | $48,899.99 |
| ACCT #:  558205171274088<br>**Household Finance Corporation**<br>**P.O. Box 4153**<br>**Carol Stream, IL  60197-0001** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $5,910.51 |
| ACCT #:  Bond No. LRIFSU0290940<br>**International Fidelity Insurance Company**<br>**One Newark Center**<br>**Newark, New Jersey  07102** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $144,246.87 |
| ACCT #:<br>**Isodore Lamke, Attorney**<br>**P.O. Box 128**<br>**Washington, MO  63090** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,805.58 |
| ACCT #:<br>**Karen Fisher Peters, CPA**<br>**2A Hilltop Village Center**<br>**Eureka, MO  63025** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Fees**<br>REMARKS: | | | | $1,300.00 |
| ACCT #:  2348<br>**Laborers Benefit Office**<br>**6255 Knox Industrial**<br>**St. Louis, MO  63139** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Union Benefits May-Sept 01**<br>REMARKS: | | | | $12,159.25 |

Total for this Page (Subtotal) > **$215,568.45**

Running Total > **$232,599.26**

IN RE: **Joseph P. Karst**
_____
Debtor

**Priscilla J. Karst**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 3_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Laborers Supplemental Dues**<br>**3710 Enright Avenue**<br>**St. Louis, MO 63108** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Union Benefits May-Sept 01**<br>REMARKS: | | | | **$859.07** |
| ACCT #:<br>**Mr. Richard P. Perkins**<br>**Diekemper, Hammond, Shinners,**<br>**Turcotte and Larrew, P.C.**<br>**7730 Carondelet Ave.  Ste 200**<br>**St. Louis, MO 63105** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Construction Laborers Pension & W**<br>REMARKS:<br>**Laborers Benefit Office for St. Louis**<br>**ConstructionLaborers Pension and Welfare**<br>**Funds listed herein** | | | | **Unknown** |
| ACCT #: **5001605364*1**<br>**Nextel Communications**<br>**Allied Interstate**<br>**P.O. Box 364**<br>**Minneapolis, MN  55440-0364** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | **$1,659.93** |
| ACCT #: **11769771, et al**<br>**P. Daniel Billington**<br>**Baylord, Billington, & Dempsey**<br>**30 South McKinley**<br>**Union, Missouri 63084** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Rockwood Bank**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **117601**<br>**Rockwood Bank**<br>**P.O. Box 213**<br>**Eureka, MO 63069** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Non-PurchaseMoney**<br>REMARKS:<br>**Turned over collateral (Corvette) toward the**<br>**total loan** | | | | **$28,000.00** |
| ACCT #: **Various accounts**<br>**Rockwood Bank**<br>**P.O. Box 213**<br>**Eureka, MO 63069** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **167959776417**<br>**Sears**<br>**86 Annex**<br>**Atlanta, GA  30386-0001** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,986.51** |

Total for this Page (Subtotal) > **$36,505.51**

Running Total > **$269,104.77**

IN RE: **Joseph P. Karst**

_____
Debtor

**Priscilla J. Karst**
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 4_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Stone, Leyton & Gershman**<br>**Attorneys at Law**<br>**7733 Forsyth Blvd. Ste 500**<br>**St. Louis, MO 63105** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $718.00 |
| ACCT #: **5416300504916272**<br>**USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-0509** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,221.32 |
| ACCT #: **50011424**<br>**Waste Management of St. Louis**<br>**7320 Hall Street**<br>**St. Louis, MO 63147-2606** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Pre Petition Goods or Services**<br>REMARKS: | | | | $66.00 |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |
| ACCT #: | | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | |

Total for this Page (Subtotal) > **$9,005.32**

Running Total > **$278,110.09**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Joseph P. Karst**                                                CASE NO
         **Priscilla J. Karst**
                                                                    CHAPTER    **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

þ   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

IN RE:  **Joseph P. Karst**

       **Priscilla J. Karst**

CASE NO

CHAPTER   **7**

## SCHEDULE H (CODEBTORS)

ƀ  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Joseph P. Karst**

       **Priscilla J. Karst**

CASE NO

CHAPTER  **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | | | | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Retired Military | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $3,375.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$3,375.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $0.00 |
|     B. Social Security Tax | $553.76 | $0.00 |
|     C. Insurance | $526.26 | $0.00 |
|     D. Union dues | $0.00 | $0.00 |
|     E. Retirement | $0.00 | $0.00 |
|     F. Other (specify)  _____ | $11.93 | $0.00 |
|     G. Other (specify)  Ex-spouse military retirement | $529.00 | $0.00 |
|     *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$1,620.95** | **$0.00** |
| ***TOTAL NET MONTHLY TAKE HOME PAY*** | **$1,754.05** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or   that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|     1._____ | $0.00 | $0.00 |
|     2._____ | $0.00 | $0.00 |
|     3._____ | $0.00 | $0.00 |
| ***TOTAL MONTHLY INCOME*** | **$1,754.05** | **$0.00** |

## TOTAL COMBINED MONTHLY INCOME  <u>$1,754.05</u>

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

IN RE:   **Joseph P. Karst**                                      CASE NO
         **Priscilla J. Karst**
                                                                  CHAPTER    **7**

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

¨     Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
      schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $0.00 |
| Are real estate taxes included?      þ Yes    ¨  No | |
| Is property insurance included?      þ Yes    ¨  No | |
| **Utilities:**  Electricity and heating fuel | $250.00 |
|            Water and sewer | |
|            Telephone | $135.00 |
|            Other: | |
| Home maintenance (repairs and upkeep) | |
| Food | $425.00 |
| Clothing | $75.00 |
| Laundry and dry cleaning | $40.00 |
| Medical and dental expenses (not covered by insurance) | |
| Transportation (not including car payments) | $300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | $25.00 |
| **Insurance**   (not deducted from wages or included in home mortgage payments) | |
|            Homeowner's or renter's | |
|            Life | $160.68 |
|            Health | |
|            Auto | $80.00 |
|            Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
|            Auto | |
|            Other: | |
|            Other: | |
|            Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other:   Pet Food and Veterinarian | $85.00 |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$1,675.68** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                                      (interval)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Joseph P. Karst**                                    CASE NO
         **Priscilla J. Karst**
                                                               CHAPTER   **7**

## <u>SUMMARY OF SCHEDULES</u>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $29,788.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $117,269.74 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $278,110.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,754.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,675.68 |
| Total Number of Sheets of ALL Schedules > | | 19 | | | |
| Total Assets > | | | $29,788.00 | | |
| Total Liabilities > | | | | $395,379.83 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Joseph P. Karst**                                    CASE NO
        **Priscilla J. Karst**
                                                        CHAPTER    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### *DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR*

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **20**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  09/06/2002                              Signature   **/s/ Joseph P. Karst**
                                                          **Joseph P. Karst**

Date  09/06/2002                              Signature   **/s/ Priscilla J. Karst**
                                                          **Priscilla J. Karst**

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

IN RE:   **Joseph P. Karst**                                                    CASE NO

        **Priscilla J. Karst**                                              CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

---

## 1. Income from employment or operation of business

None
..

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **58771.00** | **2000 - Karst Construction (Priscilla)** |
| **-0-** | **2001- Karst Construction (Priscilla)** |

---

## 2. Income other than from employment or operation of business

None
..

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **37977.24** | **2000 - Joseph - Retired Military** |
| **39376.56** | **2001- Joseph** |
| **23625.00** | **2002 - Joseph - January thru July** |
| **1885.00** | **2000 - Priscilla - Ruschhaupt Farms - inheritance** |
| **1931.00** | **2001 - Priscilla - Ruschhaupt Farms** |
| **20000.00** | **2002 - Estate of Esther Askern, deceased, distribution** |

---

## 3. Payments to creditors

None
..

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paid only on current bills** | | | |

None
þ

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
..

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In the Matter of the Marriage of Joseph Karst and Priscilla Karst; Cause No. 02-0829** | **Divorce** | **207th District Court of Hays County, Texas** | **Pending** |

IN RE:   **Joseph P. Karst**                                         CASE NO
         **Priscilla J. Karst**
                                                          CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

None
þ        b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None
··           List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Homecoming Financial**<br>**P.O. Box 890036**<br>**Dallas, TX  75389**<br>**Account No.  380002311** | **March 2002**<br>**(2nd mortgage)** | **Block 1413, P 102 S24 T45 R4W Pt**<br>**NE NE, E of Diederick Rd: 20.150**<br>**Street Address:  2855 Diederick Rd.,**<br>**Berger, Missouri  63014-1619**<br>**Property valued at $210,000.00** |
| **First National City Mortgage**<br>**Dept 0107**<br>**Palatine, IL  60055-0107** | **March 2002** | **Block 1413, P 102 S24 T45 R4W Pt**<br>**NE NE, E of Diederick Rd: 20.150**<br>**Street address: 2855 Diederich Road,**<br>**Berger, Missouri 63014-1619**<br>**Property valued at $210,000.** |
| **Rockwood Bank**<br>**Eureka, MO  63069** | **November 2001** | **Corvette was collateral for non-**<br>**purchase money loan.  Surrendered to**<br>**bank.**<br>**Valued at $13,000.00** |
| **Ford Motor Credit**<br>**P.O. Box 219686**<br>**Kansas City, MO  64121-9686** | **8/18/02** | **Ford Bronco - Owed $11,000;  Valued**<br>**at $8,000.** |
| **Ford Motor Credit**<br>**P.O. Box 219686**<br>**Kansas City, MO  64121-9686** | **8/20/02** | **1998 F150 Ford Truck -  Claim at time**<br>**of surrender was $11,696.66.  Valued**<br>**at $6500.** |

### 6. Assignments and receiverships

None
þ        a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this
case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

IN RE:   **Joseph P. Karst**                                    CASE NO

        **Priscilla J. Karst**

                                             CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
þ

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
þ

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
þ

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
··

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Fay Cliett Gillham** **118 North LBJ** **San Marcos, Texas 78666** | 7/15/02 | **$1,500.00 (includes $200 filing fee)** |

---

### 10. Other transfers

None
··

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Debtors transferred various amounts from personal assets and Joe Karst's military retirement to Karst Construction, Inc., to try to meet its obligations.** | | |

IN RE:   **Joseph P. Karst**                                          CASE NO
         **Priscilla J. Karst**
                                                                      CHAPTER      **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None
..

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Rockwood Bank**<br>**Eureka, MO 63069** | **Checking 37776201** | **November 2001 - $0** |

---

**12. Safe deposit boxes**

None
b

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
b

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
b

    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
b

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
..

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

    **NAME**
**Debtor Joe Karst was divorced from Margiery**
**Karst in Texas in 1985**

IN RE:   **Joseph P. Karst**                                        CASE NO
         **Priscilla J. Karst**
                                                                   CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
þ
      a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
þ
      b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
þ
      c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
··
      a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- |
| **Karst Construction Services, Inc.**<br>**1307 W Lark Industrial Park**<br>**Fenton, MO  63026** | **Construction** | **1995 - 2001** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Joseph P. Karst**

       **Priscilla J. Karst**

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

**EIN 43-1751967**
**(Priscilla Karst)**

---

None
Þ

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
..

    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| **NAME AND ADDRESS** | **DATES SERVICES RENDERED** |
|---|---|
| **Karen Fisher Peters** | **June 1998-February 2001** |
| **313 E. Franklin** | |
| **Eureka, MO  63069** | |

---

None
Þ

    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
Þ

    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
Þ

    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

## 20. Inventories

None
Þ

    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
Þ

    b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

IN RE:  **Joseph P. Karst**                                    CASE NO
         **Priscilla J. Karst**
                                                               CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

#### 21. Current Partners, Officers, Directors and Shareholders

None
þ

    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
þ

    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

#### 22. Former partners, officers, directors and shareholders

None
þ

    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
þ

    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

#### 23. Withdrawals from a partnership or distributions by a corporation

None
þ

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

#### 24. Tax Consolidation Group

None
þ

    If the debtor is a corporation, list the name and federal taxpayer indentification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

#### 25. Pension Funds

None
þ

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

IN RE:   **Joseph P. Karst**
        **Priscilla J. Karst**

CASE NO

CHAPTER      **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

## *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**8**_____ sheets, and that they are true and correct.

Date  09/06/2002

Signature _____ **/s/ Joseph P. Karst** _____
of Debtor      *Joseph P. Karst*

Date  09/06/2002

Signature _____ **/s/ Priscilla J. Karst** _____
of Joint Debtor   *Priscilla J. Karst*
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Joseph P. Karst**                                      CASE NO

**Priscilla J. Karst**

*Debtor(s)*                                      CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$1,500.00** |
| Prior to the filing of this statement I have received: | **$1,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

   þ  Debtor                    ¨  Other (specify)

3. The source of compensation to be paid to me is:

   þ  Debtor                    ¨  Other (specify)

4. þ  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ¨  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/06/2002** | **/s/ Fay Cliett Gillham** |
| *Date* | *Fay Cliett Gillham* |
| | |
| | Law Offices of Fay Cliett Gillham |
| | 118 North LBJ |
| | San Marcos, Texas 78666 |

---

**/s/ Joseph P. Karst**                          **/s/ Priscilla J. Karst**

*Joseph P. Karst*                              *Priscilla J. Karst*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Joseph P. Karst**                                        CASE NO

**Priscilla J. Karst**

*Debtor(s)*                                        CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   09/06/2002

Signature   /s/ Joseph P. Karst

                              *Joseph P. Karst*

Date   09/06/2002

Signature   /s/ Priscilla J. Karst

                              *Priscilla J. Karst*

Ameren UE
4763234001419/4763234001112/20596-07118
P.O. Box 66529
Saint Louis, MO  63166-6529


AOL
26068590
P.O. Box 29593
New York, NY 10087-9593


AT&T
3753767036
P.O.d Box 22111
Oklahoma City, OK  74121-2111


Capital One Services
5178052197160357
P.O. Box 60000
Seattle, WA  98190-6000


Capital One Services
4388641720466450
P.O. Box 60000
Seattle, WA  98190-6000


Carpenter's District Council
1401 Hampton Avenue
St. Louis MO  63139-3199



Famous-Barr
431626621
P.O. Box 52015
Phoenix, AZ  85072-2015


Ferrellgas-2113
2052182113
P.O. Box 173808
Denver, CO  80217-3808


Fidelity Communications
115911
P.O. Box 669
Sullivan, MO  63080

First National City Mortgage
Dept 0107
Palatine, IL  60055-0107


First USA
5417122414217982
P.O. Box 94014
Palatine, IL  60094-4014


Ford Motor Credit
E1A10851TF
P.O. Box 219686
Kanas City, MO  64121-9686


Ford Motor Credit
E1A35268RH
P.O. Box 219686
Kansas City, MO  64121-9686


Franklin County Collector of Taxes
041553
300 E. Main At.  Room 103
Union, Missouri  63084


GC Services
16159241
P.O. Box 898
Jefferson City, MO  65105-0898


Hoffman Bricker & Adams, P.C.
16120 Chesterfield Parkway West
Suite 135
Chesterfield, MO  63017


Homecoming Financial
380002311
P.O. Box 890036
Dallas, TX  75389


Household Finance Corporation
558205171274088
P.O. Box 4153
Carol Stream, IL  60197-0001

```
Internal Revenue Service
43-1751967
3636 South Geyer Rd., Ste 300
St. Louis, MO  63127


International Fidelity Insurance Company
Bond No. LRIFSU0290940
One Newark Center
Newark, New Jersey  07102


Isodore Lamke, Attorney
P.O. Box 128
Washington, MO  63090



Karen Fisher Peters, CPA
2A Hilltop Village Center
Eureka, MO  63025



Laborers Benefit Office
2348
6255 Knox Industrial
St. Louis, MO  63139


Laborers Supplemental Dues
3710 Enright Avenue
St. Louis, MO  63108



Missouri Department of Revenue
16159241
P.O. Box 3330
Jefferson City, MO  65105-3330


Mr. Richard P. Perkins
Diekemper, Hammond, Shinners,
Turcotte and Larrew, P.C.
7730 Carondelet Ave.  Ste 200
St. Louis, MO  63105

Nextel Communications
5001605364*1
Allied Interstate
P.O. Box 364
Minneapolis, MN  55440-0364
```

P. Daniel Billington
11769771, et al
Baylord, Billington, & Dempsey
30 South McKinley
Union, Missouri  63084

Rockwood Bank
117601
P.O. Box 213
Eureka, MO  63069

Rockwood Bank
Various accounts
P.O. Box 213
Eureka, MO  63069

Sears
167959776417
86 Annex
Atlanta, GA  30386-0001

Stone, Leyton & Gershman
Attorneys at Law
7733 Forsyth Blvd.  Ste 500
St. Louis, MO  63105

USAA Federal Savings Bank
5416300504916272
10750 McDermott Freeway
San Antonio, TX  78288-0509

Waste Management of St. Louis
50011424
7320 Hall Street
St. Louis, MO  63147-2606

IN RE:   **Joseph P. Karst**                                                    CASE NO

**Priscilla J. Karst**
*Debtor(s)*                                                    CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

***a. Property to Be Surrendered.***

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| None | |

***b. Property to Be Retained.***  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| None | | | | | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Joseph P. Karst**

       **Priscilla J. Karst**

           *Debtor(s)*

CASE NO

CHAPTER    **7**

## <u>CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION</u>

*Continuation Sheet No. 1*

Date  09/06/2002

Signature  **/s/ Joseph P. Karst**

                       *Joseph P. Karst*

Date  09/06/2002

Signature  **/s/ Priscilla J. Karst**

                       *Priscilla J. Karst*